No. 1802.   EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—

Corte de Distrito de Guayama.   Infracción a la ley de arbitrios.   Resuelto en diciembre 12, 1921.   No existe pliego de excepciones ni relación de hechos, y tampoco se ha radicado alegato no apareciendo de los autos error fundamental alguno.   *Confirmada.*